**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

M.W., a minor by his next friend,
SHENELL BUCHANAN,

      Plaintiff,

v.                                 Federal Court Case No. 17-cv-347-CG-N
                                State Court Case No.  CV-2017-900716

LHS PENSACOLA #4, INC. d/b/a
MAGNUSON INN; JAY S. PATEL;
NARESH K. PATEL; and
ROWE INTERNATIONAL CORPORATION,

      Defendants.
_____/

## DEFENDANTS LHS PENSACOLA #4, INC., JAY PATEL, AND NARSEH PATEL'S AMENDED NOTICE OF REMOVAL

      COMES NOW, Defendants LHS Pensacola #4, Inc., Jay S. Patel., and Naresh K Patel (collectively, "Defendant"), by and through their undersigned counsel and pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and Federal Rule of Civil Procedure 5.2(a)(3), and file this, their Amended Notice of Removal[1] of the above-styled civil action from the Circuit Court of Baldwin County, Alabama to the United States District Court for the Southern District of Alabama, Southern Division and states, as follows:

      1.     Plaintiff M.W., a minor, filed his Complaint against Defendants LHS Pensacola #4, Inc., Jay S. Patel., and Naresh K Patel, and Rowe International Corporation in the Circuit Court of Baldwin County, Alabama, Case No. CV-2017-900716, on June 28, 2017.   A copy of all process,

---

[1] This Notice of Removal has been amended to remove all references to the minor Plaintiff by name in both the style of the case as well as any attachments to this Amended Notice.   [*See* Dkt. 3.]   This Notice of Removal has also been amended to include the location of Defendant Rowe International Corporation's principal place of business. [*See* Dkt. 6.]

pleadings, and orders served upon this Defendant are attached to this Notice as Exhibit A which includes only Plaintiff's Summons, Plaintiff's Complaint, and Defendant Rowe International Corporation's Answer with minor Plaintiff's name redacted from all such documents.

2.      Upon information and belief as well as Plaintiff's Complaint, Plaintiff currently is and was at all times material an individual who is a citizen of the State of Mississippi and domiciled in the State of Mississippi and who at all times material has resided in Holmes County, Mississippi.

2.      Defendant LHS Pensacola #4, Inc. is a Florida corporation with its principal place of business in Pensacola, Florida.

3.      Defendant Jay Patel is a resident of the State of Florida and domiciled in Pensacola, Florida.

4.      Defendant Naresh Patel is a resident of the State of Florida and domiciled in Pensacola, Florida.

5.      Defendant Rowe International Corporation is a Delaware corporation with its principal place of business at 1500 Union Avenue SE, Grand Rapids, MI 49507, and Defendant Rowe International Corporation consents to removal.

6.      Pursuant to 28 U.S.C. § 1446, copies of all "process, pleadings, and orders served upon this Defendant" in the state court action are filed with this Notice of Removal and attached as previously indicated as Exhibit A.

7.      Defendants LHS Pensacola #4, Inc., Jay S. Patel., and Naresh K Patel remove this case pursuant to this Court's diversity jurisdiction.   This Court has jurisdiction of this action under the provisions of 28 U.S.C. § 1332, and this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1446 because it is a civil action in which the amount-in-controversy exceeds the sum of $75,000.00 exclusive of interest and costs, and it is

between citizens of different states.   Removal is effectuated pursuant to the provisions of 28 U.S.C. § 1446.

8.      More specifically as to diversity, for purposes of 28 U.S.C. § 1332 and § 1441, a corporation shall be deemed a citizen of (1) any state by which it has been incorporated and (2) the state where it has a principal place of business.   Therefore, for purposes of diversity of jurisdiction, Plaintiff is a resident of the State of Mississippi, Defendants LHS Pensacola #4, Inc., Jay S. Patel., and Naresh K Patel are all residents of the State of Florida, and Rowe International Corporation is a resident of the State of Delaware.   Therefore, further, complete diversity exists.

9.      Further, this Notice of Removal has been filed with this Court within thirty (30) days of when "it may first be ascertained that the case is one which is or has become removable" and is therefore timely pursuant to 28 U.S.C. §1446(b)(3).

10.      Venue is proper in the Southern District of Alabama because the Circuit Court action is pending within the jurisdictional confines of this District in Baldwin County, Alabama which is also where the injury at issue in this lawsuit occurred.   *See* 28 U.S.C. § 1446(a).

11.      Defendant has provided Plaintiff M.W. and the Clerk for the Circuit Court of Baldwin County, Alabama with a written notice of the filing of this Notice of Removal.   A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit B.

**MEMORANDUM OF LAW**

A.      Federal Removal Jurisdiction.

This is an action which may be properly removed to this Court pursuant to 28 U.S.C. § 1441 which states:

(a):  Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place

where such action is pending.

Given that this action is one of which the United States District Court for the Southern District of Alabama would have had original jurisdiction pursuant to 28 U.S.C. § 1332, this case may be removed from the Circuit Court of Baldwin County, Alabama to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1441. Such removal would be performed pursuant to the terms of 28 U.S.C. § 1446(a) which provides:

> A defendant or defendants desiring to remove any civil action or criminal prosecution from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings and orders served upon such defendant or defendants in such action.

In the instant case, Defendant has filed a Notice of Removal that complies with the requirements of 28 U.S.C. § 1446(a) in that it sets forth the facts that show that this Court has jurisdiction and that this case is subject to removal.   Defendant has the right to have these claims adjudicated by a federal district court.   *See generally Cogdell v. Wyeth*, 366 F.3d 1245 (11th Cir. 2004); *Yusefzadeh v. Nelson Mullins et al.*, 365 F.3d 1244 (11th Cir. 2004).

B.      Timeliness of Removal.

28 U.S.C. § 1446(b)(3) requires that a notice of removal of a civil action or proceeding shall be filed within thirty (30) days after "it may first be ascertained that the case is one which is or has become removable."   In the case *sub judice*, Defendant has not even appeared yet or filed its response to Plaintiff's Complaint (although it is due and will be filed on the same date as this filing).   Thus, the filing of this Notice is clearly within that thirty (30) day time frame.   Further, this case has not been pending over one (1) year as required by 28 U.S.C. 1446(c)(1).

WHEREFORE Defendants LHS Pensacola #4, Inc., Jay S. Patel., and Naresh K. Patel

remove this matter from the Circuit Court of Baldwin County, Alabama to the United States

District Court for the Southern District of Alabama, Southern Division.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed a true and correct copy of the foregoing upon the Clerk of Court using the CM/ECF system which will serve and send notification of such filing to the following on this 3rd day of August 2017:

> **Rodney M. Love, Esq.**
> Love Law, PLLC
> P.O. Box 10720
> Jackson, MS 39289
> RodneyMLove@msn.com
> *Attorneys for Plaintiff*
>
> **Jeffrey L. Luther, Esq.**
> Luther, Collier, Hodges & Cash, LLP
> 401 Church Street
> Mobile, AL 36602
> Telephone: (251) 694-9393
> Facsimile:   (251) 694-9392
> JLuther@lchclaw.com
> *Attorneys for Rowe International*

A copy of this document was provided to the following by U.S. Mail:   None.

> /s/ D. Grayson Miller
> D. Grayson Miller, Esq. (MIL167)
> Law Office of Celeste P. Armstrong
> 3000 Riverchase Galleria, Suite 900
> Hoover, AL 35244
> Main:  (205) 970-5995
> Direct: (850) 503-2767
> Fax:     (855) 319-2454
> BHMmail@nationwide.com
> Grayson@nationwide.com
> OnealC4@nationwide.com
> *Attorneys for Defendants LHS Pensacola #4, Inc.,*
> *Jay Patel, and Naresh Patel*



**USPS CERTIFIED MAIL**



9214 8901 7301 4105 1700 0364 26

312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

05-CV-2017-900716.00

To:  LHS PENSACOLA #4, INC. DBA MAGNUSON INN, ET AL.
2045 FOUNTAIN
PROFESSIONAL CT, STE A
NAVARRE, FL 32566

# NOTICE OF ELECTRONIC FILING



**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**

M█████ W█████ V. LHS PENSACOLA #4, INC. DBA MAGNUSON INN, ET AL. E
05-CV-2017-900716.00

The following complaint was FILED on 6/28/2017 5:42:07 PM

Notice Date:    6/28/2017 5:42:07 PM

**JODY WISE CAMPBELL**
**CIRCUIT COURT CLERK**
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-9561
jody.campbell@alacourt.gov

EXHIBIT A

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>05-CV-2017-900716.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

M▮▮▮▮▮▮▮▮▮▮▮ V. LHS PENSACOLA #4, INC. DBA MAGNUSON INN, ET AL. E

**NOTICE TO:** LHS PENSACOLA #4, INC. DBA MAGNUSON INN, ET AL., 2045 FOUNTAIN PROFESSIONAL CT, STE A, NAVARRE, FL 32566

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RODNEY MAURICE LOVE                                                                                                              ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 10720, JACKSON, MS 39289                                            .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of M▮▮▮▮▮▮▮▮▮▮ pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 6/28/2017 5:42:07 PM | /s/ JODY WISE CAMPBELL | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ RODNEY MAURICE LOVE

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                                                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____              _____

*(Type of Process Server)*                   *(Server's Signature)*                   *(Address of Server)*

_____              _____

*(Server's Printed Name)*                   *(Phone Number of Server)*

DOCUMENT 1

ELECTRONICALLY FILED
6/28/2017 5:41 PM
05-CV-2017-900716.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>05 |
|---|---|---|

Date of Filing:          Judge Code:
06/28/2017

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

M⬛⬛⬛⬛⬛ v. LHS PENSACOLA #4, INC. DBA MAGNUSON INN, ET AL. ET AL

**First Plaintiff:** ☐ Business ☑ Individual **First Defendant:** ☑ Business ☐ Individual
☐ Government ☐ Other ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☑ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
        Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
        Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ **INITIAL FILING**     A ☐ **APPEAL FROM**     O ☐ **OTHER**
                                    **DISTRICT COURT**

R ☐ **REMANDED**     T ☐ **TRANSFERRED FROM**
                         **OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a
jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☐ MONETARY AWARD REQUESTED ☑ NO MONETARY AWARD REQUESTED

| **ATTORNEY CODE:**<br>LOV030 | 6/28/2017 5:41:49 PM<br>Date | /s/ RODNEY MAURICE LOVE<br>Signature of Attorney/Party filing this form |
|---|---|---|

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

DOCUMENT 2

ELECTRONICALLY FILED
6/28/2017 5:41 PM
05-CV-2017-900716.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

M███████████, A MINOR,
BY HIS NEXT FRIEND, SHENELL BUCHANAN                    **PLAINTIFF**

VS.                                    CIVIL ACTION NO. _____

LHS PENSACOLA #4, INC., DBA MAGNUSON INN, ET AL.,
JAY S. PATEL, NARESH K. PATEL, ROWE INTERNATIONAL
CORPORATION, AND DEFENDANT JOHN DOES 1-10                **DEFENDANTS**

---

### COMPLAINT
### JURY TRIAL DEMANDED

---

COMES NOW, the Plaintiff, M███████████, a minor (hereinafter "Plaintiff"), by and through his attorney, and files this Complaint against the Defendants, LHS Pensacola #4, Inc. dba Magnuson Inn, et al. ("LHS Pensacola"), Jay S. Patel, Naresh K. Patel, Rowe International Corporation ("Rowe"), and John Does 1-10, and states the following, to wit:

### PARTIES

1.      Plaintiff, M██████████, a minor, by and through his mother and next friend Shenell Buchanan, is a resident of Holmes County, Mississippi, residing in Lexington, Mississippi.

2.      Defendant, LHS Pensacola is a Florida Corporation doing business in the State of Alabama, acting by and through its owners, agents, servants and/or employees, including but not limited to Defendants Jay S. Patel and Naresh K. Patel, who may be served with process of this Court by service upon Kerry Anne Schultz, Esquire, at 2045 Fountain Professional Court, Suite A, Navarre, Florida 32566.

1

DOCUMENT 2

3.      Defendant, Jay S. Patel, is an adult resident citizen of the State of Florida, is the owner, agent, servant and/or employee of LHS Pensacola, who may be served with process of this Court by service upon Jay S. Patel, at 6919 Pensacola Boulevard, Pensacola, Florida 32505.

4.      Defendant, Naresh K. Patel, is an adult resident citizen of the State of Florida, is the owner, agent, servant and/or employee of LHS Pensacola, who may be served with process of this Court by service upon Jay S. Patel, at 6919 Pensacola Boulevard, Pensacola, Florida 32505.

5.      Defendant, Rowe, is a Delaware Corporation and manufacturer of Rowe bill changers, who may be served with process of this Court by service upon Corporation Service Company, at 251 Little Falls Drive, Wilmington, Delaware 19808.

6.      Defendants, John Does 1-10 may be corporations, individuals, partnerships, associations, agents, servants, and/or employees, or other entities, whose identities are unknown to Plaintiff at present, but who may be responsible for the negligent acts and/or omissions or negligence in some manner, and, as a result thereof, proximately and directly caused or contributed to Plaintiff's damages and losses, as more fully described herein.  Plaintiff avers that all allegations are brought against these John Doe Defendants as if named herein, and Plaintiff avers that he should be allowed to amend this complaint to name as Defendants such John Does at a time when their identities may be ascertained by Plaintiff, and hereby respectfully requests leave of the Court to do so, pursuant to Rule 15 of the Alabama Rules of Civil Procedure.

## JURISDICTION AND VENUE

7.      This Circuit Court of Baldwin County has jurisdiction over the subject matter of this action since this lawsuit arises out of negligent acts and/or omissions committed in Baldwin County, Alabama.

2

DOCUMENT 2

8.      Venue is proper in the Circuit Court of Baldwin County pursuant to Alabama Code § 6-3-2, as the subject of this lawsuit substantially occurred in Baldwin County, Alabama.

## FACTS

9.      At all times mentioned in this Complaint, on information and belief, Defendants LHS Pensacola owned and/or leased property to the Magnuson Hotel and Suites (the "Magnuson Hotel"), located at 213 W. Fort Morgan Road in Gulf Shores, Alabama.

10.     On June 30, 2015, Plaintiff, age 9 when the claim arose, accompanied his mother, Shenell Buchanan, on vacation in Alabama and were guests at the Magnuson Hotel.  On the aforesaid date, Plaintiff was playing games inside the arcade/game room located on the Hotel premises.  During that time, he placed cash inside a bill changer machine located inside the game room on the Hotel premises.

11.     The bill changer machine was manufactured by Rowe (the "Coin Machine") and owned, leased, and/or maintained by LHS Pensacola, the Magnuson Hotel, Jay S. Patel, and/or Naresh K. Patel.

12.     The Coin Machine took Plaintiff's cash but failed to give him change.  In an effort to retrieve his change, Plaintiff pushed the Coin Machine.  Subsequently, the Coin Machine tipped over and fell onto his left leg.

13.     As a result of the accident, Plaintiff was transported by ambulance to a nearby hospital, suffered significant injuries, was found to have a distal femur fracture of the left leg, and he continues to suffer damages and physical pain.

**COUNT I**
**NEGLIGENCE**
<u>Defendants PHS Pensacola, Jay S. Patel and Naresh K. Patel</u>

14.     Plaintiff hereby incorporates all of the allegations of Paragraph 1 through 13 above as if they were set forth fully herein in their entirety.

15.     At all times pertinent hereto, on information and belief, Defendants LHS Pensacola, Jay S. Patel, and Naresh K. Patel owned, leased and/or maintained the Magnuson Hotel, located in Gulf Shores, Alabama.  Said Defendants owed a standard duty of reasonable care to its guest and breached the duties owed to Plaintiff by:

A.     Failing to inspect the Magnuson Hotel grounds and property and failing to maintain the property and its equipment in a reasonably safe condition;

B.     Failing to repair all dangerous conditions at the Magnuson Hotel and failing to take affirmative steps to protect Plaintiff from known or reasonably discoverable dangerous conditions;

C.     Leasing, owning, and/or placing a defective bill changer machine on the Magnuson Hotel premises; and

D.     Failing to ensure that all dangerous conditions were either repaired or warned.

16.     As a direct and proximate result of the aforesaid Defendants' negligent actions and/or omissions, Plaintiff sustained serious injuries and damages, including but not limited to physical injuries; past, present and future pain and suffering; past, present and future medical expenses; mental anguish; and other damages that will be proved at the trial of this matter.

DOCUMENT 2

**COUNT II**
**NEGLIGENCE**
Defendant Rowe

17.    Plaintiff hereby incorporates all of the allegations of Paragraph 1 through 13 above as if they were set forth fully herein in their entirety.

18.    Defendant Rowe, manufacturer and lessor of the Coin Machine located on the premises of the Magnuson Hotel, owed a duty of reasonable care in the market and design of the Coin Machine, as well as the incorporation of safety feature to protect the Magnuson Hotel guests against foreseeable dangers.  Rowe breached the duties owed to Plaintiff by:

A.    Designing the defective Coin Machine;

B.    Failing to place brackets to securely anchor the Coin Machine to the ground to prevent it from tipping over; and

C.    Failing to include adequate warnings on the Coin Machine.

19.    As a direct and proximate result of the aforesaid Defendant's negligent actions and/or omissions, Plaintiff sustained serious injuries and damages, including but not limited to physical injuries; past, present and future pain and suffering; past, present and future medical expenses; mental anguish; and other damages that will be proved at the trial of this matter.

**COUNT III**
**VICARIOUS LIABILITY**
Defendants LHS Pensacola, Jay S. Patel, and Naresh K. Patel

20.    Plaintiff hereby incorporates all of the allegations of Paragraph 1 through 13 above as if they were set forth fully herein in their entirety.

21.    Plaintiff alleges that his physical injuries, mental anguish, past, present and future medical expenses, and all other damages set forth herein were directly and proximately caused

5

by the negligent actions and/or omissions of LHS Pensacola, Jay S. Patel, Naresh K. Patel, and the agents, servants, and/or Magnuson Hotel staff employed by the parties.

      22.    That under Alabama Law, LHS Pensacola, Jay S. Patel, and Naresh K. Patel are separately and vicariously liable for all of the negligent acts and/or omissions committed by said agents, servants, and/or Magnuson Hotel staff on June 30, 2015.

**COUNT IV**
**NEGLIGENT HIRING**
Defendants LHS Pensacola, Jay S. Patel, and Naresh K. Patel

      23.    Plaintiff hereby incorporates all of the allegations of Paragraph 1 through 13 above as if they were set forth more fully herein in their entirety.

      24.    Defendants LHS Pensacola, Jay S. Patel, and Naresh K. Patel had a duty to exercise reasonable care in hiring its employees, but failed to do so.

      25.    Plaintiff would show that the aforesaid Defendants were individually, collectively and jointly negligent in hiring the Magnuson Hotel maintenance and/or management staff who knew or should have known that the Coin Machine posed an unreasonable risk of harm to Plaintiff and the Magnuson Hotel guests.

      26.    As a direct and proximate result of the aforesaid Defendants' negligent actions and/or omissions, Plaintiff sustained serious injuries and damages, including but not limited to physical injuries; past, present and future pain and suffering; past, present and future medical expenses; mental anguish; and other damages that will be proved at the trial of this matter.

6

## COUNT V
## NEGLIGENT SUPERVISION
LHS Pensacola, Jay S. Patel and Naresh K. Patel

27.    Plaintiff hereby incorporates all of the allegations of Paragraph 1 through 13 above as if they were set forth more fully herein in their entirety.

28.    Defendants LHS Pensacola, Jay S. Patel, and Naresh K. Patel had a duty to exercise reasonable care in supervising its employees, but failed to do so.

29.    Plaintiff allege that said Defendants were individually, collectively and jointly negligent in supervising the Magnuson Hotel staff, failed to prevent the tortuous conduct of its employees, and failed to make proper regulations to ensure proper maintenance of the Coin Machine.

30.    As a direct and proximate result of the aforesaid Defendant's negligent actions and/or omissions, Plaintiff sustained serious injuries and damages, including but not limited to physical injuries; past, present and future pain and suffering; past, present and future medical expenses; mental anguish; and other damages that will be proved at the trial of this matter.

### DAMAGES

31.    Plaintiff is entitled to recover actual and compensatory damages for his physical injuries; past, present, and future pain and suffering; past, present and future medical expenses; and other damages that will be proved at the trial of this matter.

32.    Further, the aforesaid actions and/or omissions of the Defendants constitute gross negligence and/or were willful and wanton conduct, thus entitling the plaintiff to punitive damages.

7

DOCUMENT 2

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff, requests a trial by jury and demands damages including actual, compensatory, consequential, and incidental damages, for physical injuries; past, present and future physical and emotional pain and suffering; past, present and future medical expenses; pre-judgement and post-judgment interest; and any other special damages that may be incurred by the Plaintiff against the Defendants, jointly and severally, together with attorney fees, costs of suit and any further relief as the Court may deem proper in an amount not to exceed the jurisdictional limits of the Court.

Respectfully submitted, this the 28th day of June, 2017.

M███████████, a Minor, By
His Next Friend, Shenell Buchanan

BY: _____
RODNEY M. LOVE

RODNEY M. LOVE (ASB #9999-N53L)
LOVE LAW, PLLC
P.O. Box 10720
Jackson, MS 39289
Telephone: (601) 376-9115
Facsimile: (228) 273-2055
*Attorney for the Plaintiff*

8

ELECTRONICALLY FILED
7/6/2017 2:29 PM
05-CV-2017-900716.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

M███████ W███████, a minor,
by his next friend, SHENELL BUCHANAN,

     Plaintiff,

v.                        CASE NO.:   CV-2017-900716

LHS PENSACOLA #4, INC., MAGNUSON
INN, et al, JAY S. PATEL, NARESH K.
PATEL, ROWE INTERNATIONAL CORP.,
And DEFENDANT JOHN DOES 1-10

     Defendant.

# ANSWER

       COMES NOW, Rowe International Corporation, one of the Defendants in the above styled cause and for Answer to the Plaintiff's Complaint sets down and says the following to-wit:

       1.     Plaintiff's Complaint fails to state a claim against this Defendant upon which relief can be granted.

       2.     This Defendant denies each and every allegation contained in the Plaintiff's Complaint and demands strict proof thereof.

       3.     This Defendant denies the allegations of negligence contained in Count Two of the Complaint against Defendant Rowe and demands strict proof thereof.

       4.     This Defendant denies the nature and extent of the Plaintiff's alleged injuries and damages and demands strict proof thereof.

       5.     This Defendant is not guilty.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

This Defendant affirmatively avers that the Plaintiff is barred from recovery against this Defendant based upon his own contributory negligence.

### SECOND AFFIRMATIVE DEFENSE

This Defendant alleges that the Plaintiff assumed the risk of all damages for which it now complains.

### THIRD AFFIRMATIVE DEFENSE

This Defendant pleads that the Plaintiff's alleged injuries and damages were the result of superseding and intervening negligence of other parties, non-parties, third parties and/or immune persons or immune entities over whom this Defendant neither controlled nor had the right to control and that such negligence was the efficient cause of the Plaintiff's alleged injuries and damages.

Respectfully submitted,

/s/ Jeffrey L. Luther
JEFFREY L. LUTHER, ESQ.
*Attorney for Defendant Rowe International Corporation*

**OF COUNSEL:**
LUTHER, COLLIER, HODGES & CASH, LLP
P.O. Box 1002
Mobile, Alabama 36633
Telephone: (251) 694-9393
Facsimile: (251) 694-9392
jluther@lchclaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 20th day of July, 2017 I electronically filed the foregoing with the Clerk of the Court using the *Alafile* system which will send notification of such filing to the following:

Rodney M. Love, Esq.
Love Law, PLLC
P.O. Box 10720
Jackson, MS  39289

/s/ Jeffrey L. Luther
JEFFREY L. LUTHER, ESQ.



AlaFile E-Notice

05-CV-2017-900716.00

To:  Douglas Grayson Miller
     MillD18@nationwide.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

M███████ W███████ V. LHS PENSACOLA #4, INC. DBA MAGNUSON INN, ET AL. E
05-CV-2017-900716.00

The following NOTICE OF REMOVAL was FILED on 7/31/2017 8:40:05 PM

Notice Date:      7/31/2017 8:40:05 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.campbell@alacourt.gov

EXHIBIT B

ELECTRONICALLY FILED
8/3/2017 8:39 PM
05-CV-2017-900716.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

M██████████████,
by his next friend, SHENELL BUCHANAN,

        Plaintiff,

v.

                                      Federal Court Case No. 17-cv-347
                                      State Court Case No.  CV-2017-900716

LHS PENSACOLA #4, INC. d/b/a
MAGNUSON INN; JAY S. PATEL;
NARESH K. PATEL, and
ROWE INTERNATIONAL CORPORATION,

        Defendants.

_____/

## DEFENDANTS LHS PENSACOLA #4, INC., JAY PATEL, AND NARSEH PATEL'S NOTICE OF FILING THEIR NOTICE OF REMOVAL

PLEASE TAKE NOTICE Defendants LHS Pensacola #4, Inc., Jay S. Patel., and Naresh

K Patel, by and through their undersigned counsel and pursuant to 28 U.S.C. § 1441, have filed a

Notice of Removal in the office of the Clerk, United States District Court, Southern District of

Alabama, Southern Division.   A true and correct copy of the Notice of Removal (without

attachments) is attached hereto as Exhibit A.   Pursuant to 28 U.S.C. § 1446(d), there shall be no

further proceedings by this Court unless and until the case is remanded therefrom.

/s/ D. Grayson Miller
D. Grayson Miller, Esq. (MIL167)
Law Office of Celeste P. Armstrong
3000 Riverchase Galleria, Suite 900
Hoover, AL 35244
Main:  (205) 970-5995
Direct: (850) 503-2767
Fax:    (855) 319-2454
BHMmail@nationwide.com
Grayson@nationwide.com
OnealC4@nationwide.com
*Attorneys for Defendants LHS Pensacola #4, Inc.,*
*Jay Patel, and Naresh Patel*

## <u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that a copy of this document has been served upon the following on this the 31st day of July 2017

_____    via U.S. Mail properly address and first class postage prepaid

<u>X  </u>    via filing with Alafile

_____    via hand delivery

**Rodney M. Love, Esq.**
Love Law, PLLC
P.O. Box 10720
Jackson, MS 39289
RodneyMLove@msn.com
*Attorneys for Plaintiff*

**Jeffrey L. Luther, Esq.**
Luther, Collier, Hodges & Cash, LLP
401 Church Street
Mobile, AL 36602
Telephone: (251) 694-9393
Facsimile: (251) 694-9392
JLuther@lchclaw.com
*Attorneys for Rowe International*

         /s/ D. Grayson Miller
         OF COUNSEL